**Order entered March 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00140-CV**
**No. 05-13-00141-CV**
**No. 05-13-00142-CV**

**IN RE RENE ADOLPHO GUZMAN, Relator**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. 71-01677-N, 71-01678-N, and 71-01679-N**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Fred Tinsley, Judge of the 195th Judicial District Court, Dallas County, to **RENDER** an order ruling on relator's "Motion for the Production of Grand Jury Proceeding and Transcript."

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

ROBERT M. FILLMORE
JUSTICE